# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3552

_____

Revelle Loving

*Plaintiff - Appellant*

v.

Thomas Roy; Kent Grandlienard; David Reishus; Lcie Stevenson; Michael Green;
Charles Tobritzhofer; Bradley Gross; Rodney Rivard; Graham Besonen; Nick
Ploussard; Aaron Johnson; Micsone Klin; Zackery Nuehring

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 22, 2014
Filed: July 25, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Inmate Revelle Loving appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009), we find no basis for reversing the district court's well-reasoned decision, and Loving has offered none.[2] The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

[2]We decline to consider the new material Loving offers on appeal. See Maxa v. John Alden Life Ins. Co., 972 F.2d 980, 983 (8th Cir. 1992).